## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Ricky R. Franklin,

                Plaintiff,       Case No. 1:19-cv-03852

v.                             Michael L. Brown
                             United States District Judge

CitiMortgage, Inc.,

                Defendant.

_____/

## ORDER

On April 7, 2020, the Court ordered Plaintiff to "complete the 285 form, summons, and initial disclosures form, and to return them to the Clerk of Court within twenty (20) days." (Dkt. 6 at 3.) The Court warned Plaintiff that, if he failed to do so, "this action may be dismissed for failure to obey a lawful order of the Court." (*Id.*) More than twenty days have passed and it appears that Plaintiff has not sent his initial disclosures to the Clerk. The Court will give Plaintiff one final opportunity to do so.

The Court **ORDERS** Plaintiff to complete the initial disclosures form and return it to the Clerk of Court on or before May 14, 2020.

Failure to do so will result in dismissal of this action. No further extensions or opportunities to comply will be granted.

**SO ORDERED** this 30th day of April, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE