# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-3852-MLB |
| | ) | Honorable Judge Michael L. Brown |
| v. | ) | |
| | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Amy L. Hanna Keeney, lead counsel for Defendant CitiMortgage, Inc. ("Movant"), and pursuant to Local Rule 83.1(E)(4), hereby respectfully files her Motion for Leave of Absence in the above styled action as follows:

1.

Movant requests a leave of absence for the period of June 16, 2021, through October 1, 2021, during which time she will be away from the practice of law on maternity leave.

2.

As shown by the Certificate of Service to this Motion, *Pro Se* Plaintiff has been served with a copy of this Motion.

WHEREFORE, Movant respectfully request that this Court grant the Motion for Leave of Absence and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted this 4th day of May, 2021.

**ADAMS AND REESE LLP**

3424 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Telephone: (470) 427-3700
Facsimile: (404) 238-9674
amyhanna.keeney@arlaw.com

*/s/ Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069

# CERTIFICATE OF COMPLIANCE

The undersigned hereby certify that the foregoing has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

Respectfully submitted this 4th day of May, 2021.

**ADAMS AND REESE LLP**

*/s/ Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069

3424 Peachtree Road NE
Suite 1600
Atlanta, Georgia 30326
Telephone: (470) 427-3700
Facsimile: (404) 238-9674
amyhanna.keeney@arlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-3852-MLB |
| | ) | Honorable Judge Michael L. Brown |
| v. | ) | |
| | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I electronically filed the foregoing **MOTION FOR LEAVE OF ABSENCE** and, in accordance with Standing Order No. 19-01, caused a copy to be served by certified U.S. Mail, return receipt requested, to:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

*(Signature appears on the following page.)*

**ADAMS AND REESE LLP**

*/s/ Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069

*Counsel for Defendant CitiMortgage, Inc.*

3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
Tel: (470) 427-3700
Fax: (404) 500-5975
amyhanna.keeney@arlaw.com